# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| TABATHA SMITH, *et al.* | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| AAA INTERINSURANCE EXCHANGE | : | |
| OF THE AUTOMOBILE CLUB | : | NO. 20-768 |

## ORDER

**AND NOW**, this 6th day of May, 2020, for the reasons contained in the court's Memorandum of today, it is hereby **ORDERED** that Defendant's Partial Motion to Dismiss Count II: Bad Faith (Document No. 9) is **DENIED**. It is further **ORDERED** that, on or before May 18, 2020, Defendant shall Answer the Complaint.

**IT IS SO ORDERED**.

 **BY THE COURT**:


 */s/ Carol Sandra Moore Wells*
 CAROL SANDRA MOORE WELLS
 United States Magistrate Judge